OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 78701
02 1W
0001401682

$ 000.27⁵

JUL. 22. 2015

**7/17/2015**
**LOPEZ, ALFONSO      Tr. Ct. No. 2012CR1491W-W1                    WR-83,603-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ALFONSO LOPEZ
BEXAR COUNTY ADULT - TDC # 1879483
200 N. COMAL
SAN ANTONIO, TX 78207                    UTF

RETURN TO SENDER
INCOMPLETE
NEED S NUMBER AND UNIT
LOCATION TO VERIFY